United States District Court
Southern District of Texas

**ENTERED**

January 11, 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **GREGORY JOHNSTON,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:18-CV-126** |
| | § | |
| | § | |
| **EQUINOR PIPELINES LLC,** *et al*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiff Gregory Johnston and Defendants Equinor Pipelines LLC, Equinor Texas Onshore Properties LLC, Equinor US Operations LLC, and Equinor USA Onshore Properties, Inc. filed a Stipulation of Dismissal with Prejudice (Dkt. 68). The Stipulation (Dkt. 68), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 11th day of January, 2022.

_____
Diana Saldaña
United States District Judge